Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA,  Plaintiff, v. CHRISTOPHER LEWIS, Defendant. | NO. 10-5435 RJB  Protective Order Between Mr. Lewis and Government Regarding Certain Discovery |
|---|---|

This matter, having come to the Court's attention on the Motion by Mr. Lewis and the Government for Protective Order, and the Court, having considered any responses filed by the defendants and overruling any objections, and having considered the entirety of the record and being fully advised in this matter, the Court hereby enters the following PROTECTIVE ORDER:

**1.     Discovery Provided to Date**

The Government has provided several batches of discovery to Defense Counsel. One such batch was provided on 9/24/10 in CD/DVD format and contains material that the Government deems sensitive. It is Bates-Stamped as follows: AHF 23-42; AL 1; CL 184-299; DM 74-77; GJ 32-117; HK 68-72. This material also

Protective Order     1

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

includes a separate CD containing an interview of HK by the Lakewood Police Department on 8/24/10.  This material was provided to defense counsel on the condition that copies not be given to the Defendants (they could review the same, but not retain copies).  Mr. Lewis, however, would like to have copies of this material, which has prompted him and the Government to enter into this Protective Order.

**2.     Permissible Disclosure of Protected Material.**

The above referenced discovery provided by the Government on 9/24/10 is deemed "Protected Material."  Possession of copies of the Protected Material is limited to the defense attorney(s)  record, but he/they may share it with the defendant (subject to the limitation below), investigators, paralegals, assistants, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team").  With regard to Mr. Lewis, his attorney is authorized to make arrangements with the Federal Detention Facility at SeaTac for Mr. Lewis to view this material in a secured area but the Defendant is not to retain possession of this material after viewing it in this secured environment.

Mr. Lewis and his attorney of record, and members of the defense team acknowledge that providing copies of the Protected Material to persons other than those listed above is prohibited, and agree not to duplicate or provide copies of the Protected Material to any other person.   Mr. Lewis agrees not to share this protected material with other inmates at the FDC or anyone else.  Further, the attorney of record is required, prior to disseminating any copies of the Protected Material to

Protective Order                                          2                              PHIL BRENNAN, Esq.

members of the defense team, to provide a copy of this Protective Order to members of the defense team, and obtain written consent by members of the defense team of their acknowledgment to be bound by the terms and conditions of this Protective Order. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court.

This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Material to the Court, defense counsel, members of the United States Attorney's Office, and federal law enforcement agencies, and as necessary to comply with the government's discovery obligations.

### 3.     Additional Discovery

The Government will be providing additional discovery which will include Jencks material and/or Grand Jury Testimony, witness statements, summaries of witness statements, and photographs. The parties agree that this specifically referenced additional discovery, or other discovery that the Government deems sensitive and specifically designates as such, is also covered and protected by this Protective Order.

### 4.     Filing

Any Protected Material that is filed with the court in connection with pre-trial motions, trial, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.

Protective Order                             3                             PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

**5.     Nontermination**

The provisions of this Order shall not terminate at the conclusion of this prosecution.

**6.     Violation of Any Terms of this Order**

Any person who willfully violates this order may be held in contempt of court and may be subject to monetary or other sanctions as deemed appropriate by this Court.  The Clerk of the Court is directed to provide a filed copy of this Protective Order to all counsel of record.

DATED this 9th day of December, 2010.

_/s/ Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge