UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER LEWIS,<br><br>　　　　　　　Defendant. | NO.  CR 10-5435 RJB<br><br>Order Granting Lewis's Motion to<br>Seal Brennan Declaration |

**Order**

Christopher Lewis, through his counsel, moves the Court to seal the 6/13/11 Declaration of Phil Brennan filed in connection with his sentencing memo.  The Court has reviewed the Brennan Declaration and finds that it contains sensitive information that warrants maintaining it under seal and outweighs the public's right to access the same.  Accordingly, the Clerk is directed to maintain the Brennan Declaration under seal.

Dated this 17th day of June, 2011.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

Order Sealing Declaration of Brennan　　　1